UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**FELIX DeJESUS,**

      **Plaintiff,**

  v.                                              9:06-CV-0074
                                                    (TJM/GHL)

**SERGEANT LaCLAIR,** *et al.*,

      **Defendants.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

      This pro se action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the Report-Recommendation dated July 24, 2008 have been filed.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, the Court adopts the Report-Recommendation for the reasons stated therein.

      It is therefore,

      **ORDERED** that Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 41(b) (Dkt. # 43) is **GRANTED** to the extent that it seeks the dismissal of Plaintiff's claims against Defendant John Doe #1, Defendant John Doe #2, Defendant Jenne Doe,

Defendant Sergeant LaClair, Defendant Correction Officer Schule, and Defendant Correction Officer K. Ral, but that Defendants' motion is otherwise **DENIED**.

**IT IS SO ORDERED**

DATED: September 11, 2008

Thomas J. McAvoy
Senior, U.S. District Judge